## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

United States of America,

      Plaintiff,

v.
D-1 Chauncey Williams,
D-2 Mike Chahoua,
D-3 Antonio Jackson,
D-4 Bishop Allen,
D-5 Garcia Moses,
D-6 Donte Turner,
D-7 Reginald Small,
D-8 Eshon Rose,
D-9 James Jackson, and
D-10 Emmanuel Stevens,

      Defendants.

_____/

Case: 2:21-cr-20610
Judge: Goldsmith, Mark A.
MJ: Grand, David R.
Filed: 09-23-2021 At 02:31 PM
INDI USA V. SEALED MATTER (DA)

Violations:
18 U.S.C. § 1349
18 U.S.C. § 1343
18 U.S.C. § 1028A(a)(1)
18 U.S.C. § 922(a)(6)
18 U.S.C. § 922(j)

## **INDICTMENT**

THE GRAND JURY CHARGES:

## **General Allegations**

At all times relevant to this Indictment:

## I.   **ONLINE PURCHASE OF FIREARMS**

1.     Online Firearm Retailer 1 (OFR-1), Online Firearm Retailer 2 (OFR-2), and Online Firearm Retailer 3 (OFR-3) were all Federal Firearm Licensees (FFLs) that operated primarily online.

2.      The procedure for purchasing a firearm legally from an out of state or online FFL requires the customer to utilize a local FFL within the purchaser's home state to complete the transfer. A firearm cannot be mailed directly to the purchaser's residence from out of state; instead, the online FFL sends the firearm to a local FFL. The local FFL then completes the actual transfer of the firearm, which includes the completion of an ATF Form 4473 (Firearms Transaction Record) by the person receiving the firearm.

3.      The Form 4473 is a standardized form that is used to document a firearm's transfer, determine if the individual is prohibited from receiving a firearm, and verify that the individual is the "actual" transferee/buyer and not a "straw purchaser," that is, someone illegally purchasing a firearm on behalf of someone else. In other words, if the online FFL is in another state, it is not the online FFL's responsibility to verify the purchaser's identity or ability to purchase a firearm. The local FFL completes the transfer and verifies the requisite information, including by confirming the transferee's identity by reviewing his/her government issued identification.

## II.   OBTAINING/USING STOLEN CREDIT CARD INFORMATION

4.     Individuals' credit card information, including their names,
billing addresses, telephone numbers, account numbers, expiration
dates, and card verification values (CVVs), is typically initially stolen
either in large-scale security breaches of online electronic databases,
such as those held by online retailers, or through the use of "skimmers"
or other devices to surreptitiously read data off of a credit card used at a
retailer. The stolen credit card information is then sold online to other
individuals through various outlets, often on the "dark web," and often
paid for using cryptocurrency. These individuals purchase the stolen
credit card information intending to use it to purchase goods, either
over the internet or by loading the stolen credit card information onto
physical cards and using them in person.

## III.   THE SCHEME

### A.    Participants in the Scheme

5.     D-1 CHAUNCEY WILLIAMS, D-2 MIKE CHAHOUA, and
D-3 ANTONIO JACKSON were the organizers, leaders, and managers
of the scheme. They obtained stolen credit card information using the
internet, recruited a straw purchaser for a particular purchase,

3

purchased the firearms online using the stolen credit card information, instructed the straw purchaser to retrieve the firearms once they were delivered, and in many cases, received the stolen firearms after the straw purchaser obtained them.

6. D-4 BISHOP ALLEN, D-5 GARCIA MOSES, D-6 DONTE TURNER, D-7 REGINALD SMALL, D-8 ESHON ROSE, D-9 JAMES JACKSON, and D-10 EMMANUEL STEVENS were straw purchasers in the scheme. They provided their information to WILLIAMS, CHAHOUA, or JACKSON to be used in an online purchase. Then, when instructed to do so, they went to the local firearm retailer to pick up the firearms and falsely attested to the fact that they were the actual transferees/buyers of the firearms. Once the transaction was complete, they would often keep one or more of the firearms as payment and give the remaining firearms to WILLIAMS, CHAHOUA, or JACKSON.

**B. Purpose of the Scheme**

7. The purpose of the scheme was to illegally obtain firearms to use, possess, and sell for profit, by using stolen credit card information online, and by using straw purchasers to receive the firearms in person.

## C.    **Description of the Scheme**

8.     Beginning at least in or around November 2020 and continuing until at least in or around March 2021, defendants D-1 CHAUNCEY WILLIAMS, D-2 MIKE CHAHOUA, D-3 ANTONIO JACKSON, D-4 BISHOP ALLEN, D-5 GARCIA MOSES, D-6 DONTE TURNER, D-7 REGINALD SMALL, D-8 ESHON ROSE, D-9 JAMES JACKSON, and D-10 EMMANUEL STEVENS devised and implemented a scheme to obtain and use stolen credit card information to purchase firearms from online retailers, enlist straw purchasers to retrieve the firearms in-person from a local FFL in exchange for compensation, and then receive the stolen firearms to either personally possess and use or to re-sell the stolen firearms for profit.

9.     D-1 WILLIAMS, D-2 CHAHOUA, and D-3 JACKSON purchased stolen credit card information online.  The stolen card information consisted of the means of identification of other persons, in the form of stolen credit card information—including the 16-digit credit card number, Card Verification Value (CVV), expiration date, and cardholder name and billing address.

10.   D-1 WILLIAMS, D-2 CHAHOUA, and D-3 JACKSON conspired with and recruited straw purchasers—D-4 ALLEN, D-5 MOSES, D-6 TURNER, D-7 SMALL, D-8 ROSE, D-9 J. JACKSON, and D-10 STEVENS—for the planned transactions, often asking the straw purchaser to send them their name, address, and other contact information to be used for the online purchase of the firearms.

11.   D-1 WILLIAMS, D-2 CHAHOUA, and D-3 JACKSON placed orders for firearms from online firearm retailers using the stolen credit card information, along with the straw purchaser's name, address, and other contact information, and then selected a local FFL from which to retrieve the firearm.

12.   Once the firearms were delivered to the local FFL, D-1 WILLIAMS, D-2 CHAHOUA, and D-3 JACKSON directed the designated straw purchaser to pick up the purchased firearms from the local FFL. When the straw purchasers picked up the firearms, they filled out an ATF Form 4473 on which they fraudulently attested to being the actual transferees/buyers of the firearm. The straw purchasers then usually gave the firearms to D-1 WILLIAMS, D-2 CHAHOUA, and D-3 JACKSON, who in turn either sold the firearms or

kept them for their own personal use. Occasionally, the straw purchasers were permitted to keep a firearm as compensation.

## IV.   **THE CHARGES**

### Count 1

### Conspiracy to Commit Wire Fraud – 18 USC § 1349

**D-1 CHAUNCEY WILLIAMS**

**D-2 MIKE CHAHOUA**

**D-3 ANTONIO JACKSON**

**D-4 BISHOP ALLEN**

**D-5 GARCIA MOSES**

**D-6 DONTE TURNER**

**D-7 REGINALD SMALL**

**D-8 ESHON ROSE**

**D-9 JAMES JACKSON**

**D-10 EMMANUEL STEVENS**

13.    Paragraphs 1 – 12 of this Indictment are realleged and incorporated by reference as though fully set forth herein.

14.    Beginning as early as in or around November 2020 and continuing through at least in or around March 2021, in the Eastern District of Michigan, and elsewhere, the defendants D-1 WILIAMS, D-2

CHAHOUA, D-3 JACKSON, D-4 ALLEN, D-5 MOSES, D-6 TURNER, D-7 SMALL, D-8 ROSE, D-9 J. JACKSON, and D-10 STEVENS did knowingly and voluntarily conspire, confederate, and agree with each other to commit wire fraud, that is, to devise and execute a scheme and artifice to defraud and obtain money and property by means of false and fraudulent pretenses, representations, and promises, and for the purpose of executing and attempting to execute the scheme, transmitted and caused to be transmitted by means of wire communications in interstate commerce, writings, signs, signals and sounds, all in violation of Title 18, United States Code, Sections 1349 and 1343.

## The Purpose of the Conspiracy

15.    Paragraphs 1 – 14 of this Indictment are realleged and incorporated by reference as though fully set forth herein.

## The Manner and Means of the Conspiracy

16.    It was part of the conspiracy that D-1 WILLIAMS, D-2 CHAHOUA, and D-3 JACKSON obtained the means of identification of third parties, namely, credit card information, to include names, billing address, account numbers, expiration dates, and CVVs, without lawful authority, by purchasing and downloading the stolen credit card

information using the internet with the intent to use the stolen credit card information to purchase firearms online.

17.    It was part of the conspiracy that D-1 WILLIAMS, D-2 CHAHOUA, and D-3 JACKSON, used the stolen credit card information to purchase firearms online and direct them to be shipped in interstate commerce to an FFL in the Eastern District of Michigan, using the names and addresses of other members of the conspiracy, with the other member of the conspiracy's knowledge and consent.  The other member of the conspiracy's name would be listed as the purchaser of the firearm, and the stolen credit card information would be used as the billing information.

18.    It was part of the conspiracy that some members of the conspiracy, under direction of D-1 WILLIAMS, D-2 CHAHOUA, and D-3 JACKSON, would go to an FFL in the Eastern District of Michigan to receive and pick up the firearms fraudulently purchased over the internet. They would make false statements on the ATF 4473 while picking up the firearm, including attesting to being the actual transferees/buyers of the firearm.

19.   It was part of the conspiracy that the firearms picked up by members of the conspiracy would then be given to D-1 WILLIAMS, D-2 CHAHOUA, and D-3 JACKSON in exchange for compensation in the form of U.S. currency or firearms.

20.   It was part of the conspiracy that D-1 WILLIAMS, D-2 CHAHOUA, and D-3 JACKSON kept and used the firearms or sold them indiscriminately to other individuals for profit, without regard to whether those individuals could legally possess a firearm and with reasonable cause to believe that those individuals were prohibited from possessing or receiving firearms.

21.   Some of the firearms purchased, possessed, or received as part of the conspiracy were later recovered in possession of individuals who are prohibited from possessing or receiving firearms.

## Counts 2 – 8

## Wire Fraud – 18 USC § 1343

**D-1 CHAUNCEY WILLIAMS**

**D-2 MIKE CHAHOUA**

**D-3 ANTONIO JACKSON**

**D-4 BISHOP ALLEN**

**D-5 GARCIA MOSES**

**D-6 DONTE TURNER**

**D-7 REGINALD SMALL**

## THE SCHEME

22.    Beginning at an exact date unknown, but as early as in or around November 2020 and continuing through at least in or around March 2021, the defendants devised and intended to devise a scheme to defraud both online and local FFLs, and to obtain money and property by means of materially false and fraudulent pretenses, representations and promises.

## THE MANNER AND MEANS OF THE SCHEME

23.    The Grand Jury realleges and incorporates by reference paragraphs 16 – 21 as a description of the manner and means of the conspiracy.

24.    On or about each of the dates set forth below, in the Eastern District of Michigan and elsewhere, the defendants for the purpose of executing the scheme described above, and attempting to do so, caused to be transmitted by means of wire communication in interstate commerce the signals and sounds described below for each count, each transmission constituting a separate count:

| Count | Date | Defendant | Description |
|-------|------|-----------|-------------|
| 2 | 11/13/2020 | D-1 Chauncey Williams<br>D-5 Garcia Moses | Purchase of Diamondback, DB15, 7.62 caliber pistol from OFR-1 |
| 3 | 1/9/2021 | D-1 Chauncey Williams<br>D-5 Garcia Moses | Purchase of two Glock 43 9mm pistols from OFR-2 |
| 4 | 2/4/2021 | D-1 Chauncey Williams<br>D-5 Garcia Moses | Purchase of two Adams Arms, AA15, 5.56 caliber rifles and a Century Arms, VSKA47, 7.62 caliber rifle from OFR-2 |

| Count | Date | Defendant | Description |
|:---:|:---:|:---|:---:|
| 5 | 1/28/2021 | D-3 Antonio Jackson<br>D-4 Bishop Allen | Purchase of a H&K VP9 pistol and an Alex Pro Firearms APF-15 rifle from OFR-2 |
| 6 | 3/10/2021 | D-3 Antonio Jackson<br>D-6 Donte Turner | Purchase of a Glock 17 pistol, a Glock 43X pistol, and a Glock 23 pistol from OFR-2 |
| 7 | 1/20/2021 | D-2 Mike Chahoua<br>D-7 Reginald Small | Purchase of a Springfield XD 9mm pistol and a Glock 23 .40 caliber pistol from OFR-1 |
| 8 | 1/22/2021 | D-2 Mike Chahoua<br>D-7 Reginald Small | Purchase of a SCCY CPX 9mm pistol, a Ruger LC9 9mm pistol, and a Springfield XD .45 caliber pistol from OFR-2 |

All in violation of Title 18, United States Code, Section 1343.

## Counts 9 - 12

### Aggravated Identity Theft – 18 USC § 1028A(a)(1)

**D-1 CHAUNCEY WILLIAMS**

**D-2 MIKE CHAHOUA**

**D-3 ANTONIO JACKSON**

25.     On or about the following dates, in the Eastern District of Michigan, the defendants, did knowingly use and transfer, without

13

lawful authority, a means of identification of another person during and

in relation to a felony violation enumerated in Title 18 United States

Code, Section 1028A(c), to wit, wire fraud, under Title 18, United States

Code, Section 1343, knowing that the means of identification belonged

to another actual person, in violation of Title 18, United States Code,

Section 1028A(a)(1).

| Count | Defendant | Date | Victim |
|-------|-----------|------|--------|
| 9 | D-2 Mike Chahoua | January 29, 2021 | N.G. |
| 10 | D-3 Antonio Jackson | January 28, 2021 | M.W. |
| 11 | D-1 Chauncey Williams<br>D-2 Mike Chahoua | January 30, 2021 | N.G. |
| 12 | D-3 Antonio Jackson | January 30, 2021 | L.L. |

## Counts 13 - 17

### Inducing a False Statement in the Acquisition of a Firearm –
### 18 USC §§ 2, 922(a)(6)

## D-1 CHAUNCEY WILLIAMS

## D-2 MIKE CHAHOUA

## D-3 ANTONIO JACKSON

26.    On or about the following dates, in the Eastern District of

Michigan, in connection with the acquisition of firearms from a licensed

dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, the defendants aided, abetted, counseled, commanded, induced and procured another individual to knowingly make a false and fictitious statement to a licensed dealer of firearms, which statement was intended and likely to deceive the dealer, as to a fact material to the lawfulness of such sale of the said firearm under chapter 44 of Title 18 in that the defendant aided, abetted, counseled, commanded, induced, and procured another individual to make the false or fictitious statement that another individual was the actual transferee/buyer of the firearm. On the dates set forth below, the individual knowingly made the false statement to a licensed dealer of firearms, which statement was intended and likely to deceive the dealer, in violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2), and 2.

| Count | Defendant | Date of False Statement | Licensed Dealer of Firearms | Firearm |
|-------|-----------|------------------------|----------------------------|---------|
| 13 | D-1 Chauncey Williams | 1/22/2021 | Firearm Retailer 1 (FR-1) | 2 Glock Model 43, 9mm caliber pistols<br><br>FN Model 509, 9mm caliber pistol<br><br>Springfield Armory XD tactical, .45 caliber pistol |
| 14 | D-2 Mike Chahoua | 11/27/2020 | Firearm Retailer 2 (FR-2) | Glock 19 pistol |
| 15 | D-2 Mike Chahoua | 1/28/2021 | Firearm Retailer 3 (FR-3) | 2 FNH 509 pistols |
| 16 | D-2 Mike Chahoua | 1/28/2021 | Firearm Retailer 4 (FR-4) | FNH 509 pistol |
| 17 | D-3 Antonio Jackson | 3/18/2021 | Firearm Retailer 5 (FR-5) | Glock 17 pistol<br><br>Glock 43X pistol<br><br>Glock 23 pistol |

## Counts 18 - 39

### Making a False Statement in the Acquisition of a Firearm – 18 USC § 922(a)(6)

**D-4 BISHOP ALLEN**

**D-5 GARCIA MOSES**

**D-6 DONTE TURNER**

**D-7 REGINALD SMALL**

**D-8 ESHON ROSE**

**D-9 JAMES JACKSON**

**D-10 EMMANUEL STEVENS**

27.     On or about the following dates, in the Eastern District of Michigan, in connection with the acquisition of firearms from a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, the defendants knowingly made a false and fictitious statement to a licensed dealer of firearms, which statement was intended and likely to deceive the dealer, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under chapter 44 of Title 18 in that the defendant represented that he was the actual transferee/buyer of the firearm; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

| Count | Defendant | Date of False Statement | Licensed Dealer of Firearms | Firearm |
|---|---|---|---|---|
| 18 | D-4 Bishop Allen | 11/27/2020 | Firearm Retailer 2 (FR-2) | American Tactical, Omni hybrid pistol<br><br>Glock 19 pistol |
| 19 | D-4 Bishop Allen | 1/28/2021 | Firearm Retailer 4 (FR-4) | FNH 509 pistol |
| 20 | D-4 Bishop Allen | 1/28/2021 | Firearm Retailer 3 (FR-3) | 2 FNH 509 pistols |
| 21 | D-4 Bishop Allen | 2/3/2021 | Firearm Retailer 6 (FR-6) | H&K VP9 pistol<br><br>Alex Pro Firearms APF-15 Rifle |
| 22 | D-4 Bishop Allen | 2/3/2021 | Firearm Retailer 2 (FR-2) | Century Arms Draco pistol<br><br>Canik TP9SFX pistol |
| 23 | D-4 Bishop Allen | 2/4/2021 | Firearm Retailer 7 (FR-7) | CZ Scorpion |

| Count | Defendant | Date of False Statement | Licensed Dealer of Firearms | Firearm |
|---|---|---|---|---|
| 24 | D-5 Garcia Moses | 11/23/2020 | Firearm Retailer 8 (FR-8) | Diamondback DB15, 7.62 caliber pistol<br><br>Glock, G20, 10mm pistol<br><br>Two Century Arms Draco 7.62 caliber pistols<br><br>Springfield Armory, XD M 9mm pistol |
| 25 | D-5 Garcia Moses | 11/25/2020 | Firearm Retailer 1 (FR-1) | Smith & Wesson, SD 9 VE 9mm pistol |
| 26 | D-5 Garcia Moses | 1/22/2021 | Firearm Retailer 1 (FR-1) | FN 509 9mm pistol<br><br>Springfield, EX, .45 caliber pistol<br><br>Two Glock G43 9mm pistols |

| Count | Defendant | Date of False Statement | Licensed Dealer of Firearms | Firearm |
|-------|-----------|-------------------------|------------------------------|---------|
| 27 | D-5 Garcia Moses | 2/18/2021 | Firearm Retailer 2 (FR-2) | Two Adams Arms, AA15, 5.56 caliber rifles<br><br>Century Arms, VSKA47, 7.62 caliber rifle |
| 28 | D-6 Donte Turner | 3/18/2021 | Firearm Retailer 5 (FR-5) | Glock 17 pistol<br><br>Glock 43X pistol<br><br>Glock 23 pistol |
| 29 | D-7 Reginald Small | 1/29/2021 | Firearm Retailer 9 (FR-9) | Springfield XDS .45 caliber pistol<br><br>Ruger LC9 9mm pistol |
| 30 | D-7 Reginald Small | 1/29/2021 | Firearm Retailer 10 (FR-10) | Beretta APX 9mm pistol<br><br>Springfield XD .45 caliber pistol |
| 31 | D-7 Reginald Small | 2/3/2021 | Firearm Retailer 4 (FR-4) | FN FNX .45 caliber pistol |

| Count | Defendant | Date of False Statement | Licensed Dealer of Firearms | Firearm |
|-------|-----------|-------------------------|-----------------------------|---------|
| 32 | D-7 Reginald Small | 2/9/2021 | Firearm Retailer 11 (FR-11) | Glock 23 .40 caliber pistol<br><br>Springfield XD9 9mm pistol |
| 33 | D-7 Reginald Small | 2/10/2021 | Firearm Retailer 4 (FR-4) | SCCY CPX 9mm pistol<br><br>Ruger LC9 9mm pistol<br><br>Springfield XD .45 caliber pistol |
| 34 | D-7 Reginald Small | 2/13/2021 | Firearm Retailer 12 (FR-12) | Century Arms Mini Draco 7.62 caliber pistol<br><br>Glock 43X 9mm pistol |
| 35 | D-7 Reginald Small | 3/7/2021 | Firearm Retailer 13 (FR-13) | Springfield XD9 9mm pistol<br><br>Century Arms Draco 7.62 caliber pistol |
| 36 | D-8 Eshon Rose | 2/2/2021 | Firearm Retailer 2 (FR-2) | Ruger AR 5.56 caliber pistol<br><br>Glock G17 9mm pistol |

| Count | Defendant | Date of False Statement | Licensed Dealer of Firearms | Firearm |
|---|---|---|---|---|
| 37 | D-9 James Jackson | 12/4/2020 | Firearm Retailer 7 (FR-7) | Springfield XD 9mm pistol |
| 38 | D-9 James Jackson | 12/7/2020 | Firearm Retailer 8 (FR-8) | Springfield XD .40 caliber pistol<br><br>Smith & Wesson MP15 .22 caliber rifle |
| 39 | D-10 Emmanuel Stevens | 2/8/2021 | Firearm Retailer 2 (FR-2) | Beretta APX 9mm pistol<br><br>Ruger Security 9 9mm pistol<br><br>Sig Sauer P365X 9mm pistol<br><br>Smith & Wesson MPShield 9mm pistol |

## Counts 40 - 66

### Possession/Receipt of a Stolen Firearm – 18 USC § 922(j)

**D-1 CHAUNCEY WILLIAMS**

**D-2 MIKE CHAHOUA**

**D-3 ANTONIO JACKSON**

**D-4 BISHOP ALLEN**

**D-5 GARCIA MOSES**

**D-6 DONTE TURNER**

**D-7 REGINALD SMALL**

**D-8 ESHON ROSE**

**D-9 JAMES JACKSON**

**D-10 EMMANUEL STEVENS**

28.    On or about the following dates, in the Eastern District of Michigan, the defendants knowingly possessed and received the following stolen firearms, which had been shipped and transported in interstate commerce, knowing and having reasonable cause to believe these firearms were stolen, in violation of Title 18, United States Code, Sections 922(j) and 924(a)(2).

| Count | Defendant | Date of Receipt or Possession | Firearm |
|-------|-----------|-------------------------------|---------|
| 40 | D-1 Chauncey Williams | 1/22/2021 | 2 Glock Model 43, 9mm caliber pistols<br><br>FN Model 509, 9mm caliber pistol<br><br>Springfield Armory XD tactical, .45 caliber pistol |
| 41 | D-2 Mike Chahoua | 11/27/2020 | American Tactical, Omni hybrid pistol<br><br>Glock 19 pistol |
| 42 | D-2 Mike Chahoua | 1/28/2021 | 2 FNH 509 pistols |
| 43 | D-2 Mike Chahoua | 1/28/2021 | FNH 509 pistol |
| 44 | D-3 Antonio Jackson | 3/18/2021 | Glock 17 pistol<br><br>Glock 43X pistol<br><br>Glock 23 pistol |
| 45 | D-4 Bishop Allen | 11/27/2020 | American Tactical, Omni hybrid pistol<br><br>Glock 19 pistol |
| 46 | D-4 Bishop Allen | 1/28/2021 | FNH 509 pistol |
| 47 | D-4 Bishop Allen | 1/28/2021 | Two FNH 509 pistols |
| 48 | D-4 Bishop Allen | 2/3/2021 | H&K VP9 pistol<br><br>Alex Pro Firearms APF-15 rifle |

| Count | Defendant | Date of Receipt or Possession | Firearm |
|---|---|---|---|
| 49 | D-4 Bishop Allen | 2/3/2021 | Century Arms Draco pistol<br><br>Canik TP9SFX pistol |
| 50 | D-4 Bishop Allen | 2/4/2021 | CZ Scorpion pistol |
| 51 | D-5 Garcia Moses | 11/23/2020 | Two Century Arms, Draco, 7.62 caliber pistols<br><br>Diamondback DB15, 7.62 caliber pistol<br><br>Springfield Armory, XD M, 9mm pistol<br><br>Glock, G20, 10mm pistol |
| 52 | D-5 Garcia Moses | 11/25/2020 | Smith & Wesson, SD 9 VE 9mm pistol |
| 53 | D-5 Garcia Moes | 1/22/2021 | FN 509 9mm pistol<br><br>Springfield, EX, .45 caliber pistol<br><br>Two Glock G43 9mm pistols |

| Count | Defendant | Date of Receipt or Possession | Firearm |
|---|---|---|---|
| 54 | D-5 Garcia Moses | 2/18/2021 | Two Adams Arms, AA15, 5.56 caliber rifles<br><br>Century Arms, VSKA47, 7.62 caliber rifle |
| 55 | D-6 Donte Turner | 3/18/2021 | Glock 43X pistol<br><br>Glock 17 pistol<br><br>Glock 23 pistol |
| 56 | D-7 Reginald Small | 1/29/2021 | Springfield XDS .45 caliber pistol<br><br>Ruger LC9 9mm pistol |
| 57 | D-7 Reginald Small | 1/29/2021 | Beretta APX 9mm pistol<br><br>Springfield XD .45 caliber pistol |
| 58 | D-7 Reginald Small | 2/3/2021 | FN FNX .45 caliber pistol |
| 59 | D-7 Reginald Small | 2/9/2021 | Glock 23 .40 caliber pistol<br><br>Springfield XD9 9mm pistol |

| Count | Defendant | Date of Receipt or Possession | Firearm |
|---|---|---|---|
| 60 | D-7 Reginald Small | 2/10/2021 | SCCY CPX 9mm pistol<br><br>Ruger LC9 9mm pistol<br><br>Springfield XD .45 caliber pistol |
| 61 | D-7 Reginald Small | 2/13/2021 | Century Arms Mini Draco 7.62 caliber pistol<br><br>Glock 43X 9mm pistol |
| 62 | D-7 Reginald Small | 3/7/2021 | Springfield XD9 9mm pistol<br><br>Century Arms Draco 7.62 caliber pistol |
| 63 | D-8 Eshon Rose | 2/2/2021 | Ruger AR 5.56 caliber pistol<br><br>Glock G17 9mm pistol |
| 64 | D-9 James Jackson | 12/4/2020 | Springfield XD 9mm pistol |
| 65 | D-9 James Jackson | 12/7/2020 | Springfield XD9 .40 caliber pistol<br><br>Smith & Wesson MP15 .22 caliber rifle |

| Count | Defendant | Date of Receipt or Possession | Firearm |
|-------|-----------|-------------------------------|---------|
| 66 | D-10 Emmanuel Stevens | 2/8/2021 | Beretta APX 9mm pistol<br><br>Ruger Security 9 9mm pistol<br><br>Sig Sauer P365X 9mm pistol<br><br>Smith & Wesson MPShield 9mm pistol |

## Count 67

### Making or Inducing a False Statement in the Acquisition of a Firearm – 18 USC §§ 2, 922(a)(6)

**D-1 CHAUNCEY WILLIAMS**

**D-5 GARCIA MOSES**

29.    On or about July 24, 2020, in the Eastern District of Michigan, in connection with the acquisition of a firearm—a Glock 19 GEN 4 9mm pistol—from a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, the defendants knowingly made and induced a false and fictitious statement to a licensed dealer of firearms, which statement was intended and likely to

28

deceive the dealer, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under chapter 44 of Title 18 in that the defendant represented that he was the actual transferee/buyer of the firearm; in violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2), and 2.

## Forfeiture Allegations

(18 U.S.C. §§ 981, 924 and 28 U.S.C. § 2461)

1.      The allegations contained in Counts One through Eight and Thirteen through Sixty-Seven of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Sections 981 and 924, and Title 28, United States Code, Section 2461.

2.      Upon conviction of the offense charged in Count One of this Indictment in violation of Title 18, United States Code, Section 1349, defendants D-1 CHAUNCEY WILIAMS, D-2 MIKE CHAHOUA, D-3 ANTONIO JACKSON, D-4 BISHOP ALLEN, D-5 GARCIA MOSES, D-6 DONTE TURNER, D-7 REGINALD SMALL, D-8 ESHON ROSE, D-9 JAMES JACKSON, and D-10 EMMANUEL STEVENS shall forfeit to the United States any property, real or personal, which constitutes or is

derived from proceeds, obtained directly or indirectly, as a result of such violation, pursuant to Title 18, United States Code, Section 981(a)(1)(C) together with Title 28, United States Code, Section 2461(c).

3.　　Upon conviction of any of the offenses charged in Counts Two through Eight of this Indictment in violation of Title 18, United States Code, Section 1343, defendants D-1 WILIAMS, D-2 CHAHOUA, D-3 JACKSON, D-4 ALLEN, D-5 MOSES, D-6 TURNER, and D-7 SMALL shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds, obtained directly or indirectly, as a result of the violations, pursuant to Title 18, United States Code, Section 981(a)(1)(C) together with Title 28, United States Code, Section 2461(c).

4.　　Upon conviction of any of the offenses charged in Counts Thirteen through Seventeen of this Indictment, in violation of Title 18, United States Code, Sections 2 and 922(a)(6), defendants D-1 WILIAMS, D-2 CHAHOUA, and D-3 JACKSON shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) together with Title 28, United States Code, Section 2461(c), any firearm and ammunition involved in or used in said offenses.

5.     Upon conviction of any of the offenses charged in Counts Eighteen through Thirty-Nine of this Indictment, in violation of Title 18, United States Code, Section 922(a)(6), defendants D-4 ALLEN, D-5 MOSES, D-6 TURNER, D-7 SMALL, D-8 ROSE, D-9 J. JACKSON, and D-10 STEVENS shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) together with Title 28, United States Code, Section 2461(c), any firearm and ammunition involved in or used in said offenses.

6.     Upon conviction of any of the offenses charged in Counts Forty through Sixty-Six of this Indictment, in violation of Title 18, United States Code, Section 922(j), defendants D-1 WILIAMS, D-2 CHAHOUA, D-3 JACKSON, D-4 ALLEN, D-5 MOSES, D-6 TURNER, D-7 SMALL, D-8 ROSE, D-9 J. JACKSON, and D-10 STEVENS shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) together with Title 28, United States Code, Section 2461(c), any firearm and ammunition involved in or used in said offenses.

7.     Upon conviction of the offense charged in Count Sixty-Seven of this Indictment, in violation of Title 18, United States Code, Sections 2 and 922(a)(6), defendants D-1 WILIAMS and D-5 MOSES, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) together with Title 28, United States Code, Section 2461(c), any firearm and ammunition involved in or used in said offense.

8.     <u>Substitute Assets</u>: If the property described above as being subject to forfeiture, as a result of any act or omission of the convicted defendant:

    a. Cannot be located upon the exercise of due diligence;

    b. Has been transferred or sold to, or deposited with, a third party;

    c. Has been placed beyond the jurisdiction of the Court;

    d. Has been substantially diminished in value; or

    e. Has been commingled with other property that cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) as incorporated by Title 28, United States Code,

Section 2461(c), to seek to forfeit any other property of the convicted defendant up to the value of the forfeitable property described above.

9.    Money Judgment: Upon conviction of violating any of the offenses alleged in Counts One through Eight of this Indictment, the convicted defendants shall be ordered to pay the United States a sum of money equal to the total amount of proceeds the convicted defendants obtained as a result of such violations.

THIS IS A TRUE BILL

*s/ Grand Jury Foreperson*
GRAND JURY FOREPERSON

SAIMA S. MOHSIN
Acting United States Attorney

*s/ Benjamin Coats*
BENJAMIN COATS
Chief, Major Crimes Unit
Assistant United States Attorney

*s/Erin Ramamurthy*
ERIN RAMAMURTHY
Assistant United States Attorney

*s/Andrew Picek*
ANDREW PICEK
Assistant United States Attorney

Dated:  September 23, 2021

| United States District Court<br>Eastern District of Michigan | **Criminal Case Co** | Case: 2:21-cr-20610<br>Judge: Goldsmith, Mark A.<br>MJ: Grand, David R.<br>Filed: 09-23-2021 At 02:31 PM<br>INDI USA V. SEALED MATTER (DA) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | **Judge Assigned:** |
| ☐ Yes    ☒ No | **AUSA's Initials:**  ELR |

**Case Title:** USA v.  Chauncey Williams, et al

**County where offense occurred :**  Wayne County and elsewhere

**Check One:**      ☒ Felony           ☐ Misdemeanor           ☐ Petty

      ✓ Indictment/_____ Information --- **no** prior complaint.
_____Indictment/_____Information --- based upon prior complaint [Case number:                          ]
_____Indictment/_____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____          **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

September 23, 2021                    *Erin Ramamurthy*
Date

Erin Ramamurthy
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone: (313) 226-9788
Fax:     (313) 226-2372
E-Mail address: erin.ramamurthy@usdoj.gov
Attorney Bar #:  P81645

_____

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.